IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0219** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **RYAN JAMES CRAIG** | : | |

## ORDER

AND NOW, this 4th day of October, 2006, upon consideration of defendant's motion for production of Jencks Act[1] and Giglio[2] material and relevant grand jury testimony (Doc. 26), and following a telephone conference with counsel for the parties, it is hereby ORDERED that the motion (Doc. 26) is GRANTED in part and DENIED in part as follows:

1. The motion (Doc. 26) is DENIED with respect to Jencks Act material. The government shall produce this material at or before 4:00 p.m. on Tuesday, October 10, 2006.

2. The motion (Doc. 26) is otherwise GRANTED. The government shall produce the other requested material at or before 4:00 p.m. on Thursday, October 5, 2006.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] 18 U.S.C. § 3500; see also FED. R. CRIM. P. 26.2.

[2] Giglio v. United States, 405 U.S. 150 (1972).