# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0219** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **RYAN JAMES CRAIG,** | : | |
| **Defendant** | : | |

## **O R D E R**

AND NOW, this 19th day of October, 2006, upon notice from the government that defendant Ryan James Craig is currently a fugitive, having failed to appear for jury selection and trial previously scheduled for October 11, 2006, and a bench warrant subsequently having been issued for his arrest, it is hereby ORDERED that **jury selection and trial in the captioned action are INDEFINITELY CONTINUED** until such time as the defendant is apprehended and presented before this court for determination of further proceedings.  The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

S/ Christopher C. Conner<br>
CHRISTOPHER C. CONNER<br>
United States District Judge