# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0219** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **RYAN JAMES CRAIG** | : | |

## <u>ORDER</u>

AND NOW, this 3rd day of May, 2007, upon consideration of defendant's motion in limine to exclude the testimony of Frederick P. Schach (Doc. 67), and it appearing that the government does not plan to have this witness testify about defendant's prior conviction or the fact that he met defendant while in prison (<u>see</u> Doc. 74), and that defendant is satisfied that Mr. Schach's testimony is thus admissible (<u>see</u> Doc. 79), it is hereby ORDERED that the motion in limine (Doc. 67) is DENIED as moot without prejudice to defendant's right to object to any testimony by Mr. Schach during trial.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge