# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0219** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **RYAN JAMES CRAIG** | : | |

## ORDER

AND NOW, this 21st day of May, 2008, upon consideration of the government's motion to direct restitution payment (Doc. 150), and of defendant's motion to dismiss the government's motion to direct restitution payment (Doc. 151), and it appearing that defendant's motion (Doc. 151) is superfluous because it addresses the same subject matter as the government's motion (Doc. 150) and requests relief that can be achieved via a denial of the government's motion, it is hereby ORDERED that:

1. The government shall file a brief in support of its motion to direct restitution payment (Doc. 150) on or before June 4, 2008.  The government's brief shall respond fully to the arguments asserted in defendant's motion to dismiss and supporting brief (see Docs. 151, 152).

2. Defendant shall file a brief in opposition on or before June 23, 2008.

3. The government shall be permitted to file a brief in reply on or before July 11, 2008.

4. Defendant's motion to dismiss (Doc. 151) is DENIED as moot.

　　S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge