IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:06-CR-0219 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **RYAN JAMES CRAIG** | : | |

FILED
HARRISBURG, PA
JUL 28 2008
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ORDER

AND NOW, this 28th day of July, 2008, upon consideration of the government's motion to direct restitution payment (Doc. 150), and it appearing that defendant was ordered to pay $12,411.00 in restitution and a $300.00 special assessment (see Doc. 133 at 6), that the United States Postal Inspection Service seized $16,342.00 from defendant during the course of the investigation that led to his conviction (see Doc. 150 at 1), and that defendant now "agrees that the government can apply $12,711 [of the seized funds] toward his $12,411.00 restitution obligation and $300.00 special assessment obligation" (see Doc. 160 at 3), and the court finding that applying $12,711.00 of the seized funds toward restitution is a "reasonable means" of enforcing the restitution order, see 18 U.S.C. § 3663(m)(1)(A), it is hereby ORDERED that:

1. The motion to direct restitution payment (Doc. 150) is GRANTED.

2. The United States Postal Inspection Service shall deliver $12,711.00 of the funds seized from defendant Ryan James Craig to the Clerk of Court.

3. The Clerk of Court shall apply the funds received to victim restitution as set forth in the judgment and commitment order entered in the above-captioned case. (See Doc. 133 at 6.)

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge