IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0219** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **RYAN JAMES CRAIG** | : | |

## ORDER

AND NOW, this 18th day of August, 2008, upon consideration of defendant's *pro se* motion for stay of judgment pending appellate review (Doc. 167), and it appearing that defendant is represented by counsel but filed the instant motion without assistance therefrom, see United States v. D'Amario, 268 F. App'x 179, 180 (3d Cir. 2008) ("The Constitution does not confer a right to proceed simultaneously by counsel and pro se . . . ."); see also United States v. Vampire Nation, 451 F.3d 189, 206 n.17 (3d Cir. 2006), it is hereby ORDERED that the motion (Doc. 167) is DENIED without prejudice to defendant's right to file a motion seeking similar relief with the assistance of counsel.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge