# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0219** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **RYAN JAMES CRAIG** | : | |

## ORDER

AND NOW, this 28th day of August, 2008 upon consideration of the letter from defendant (Doc. 176) dated August 20, 2008, which requests appointment of new counsel and an extension of the time within which to file a brief in reply to the motion for return of property (Doc. 159), and it appearing that the orders of court dated August 21, 2008 (Docs. 174, 175) appointed new counsel for defendant and extended the deadline for filing a reply brief until September 10, 2008, and it further appearing that defendant transmitted the letter prior to receiving the orders of court granting the relief requested therein, it is hereby ORDERED that:

1. The letter from defendant (Doc. 176) is CONSTRUED as a motion for appointment of new counsel and an extension of the briefing deadline. The motion is DENIED in light of the orders of court dated August 21, 2008 (Docs. 174, 175).

2. Nothing contained herein shall prevent defendant's counsel from requesting an extension of the briefing schedule applicable to the motion for return of property (Doc. 159) in the event that counsel is unable to file a reply brief on or before September 10, 2008.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge