IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0219** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **RYAN JAMES CRAIG** | : | |

## ORDER

AND NOW, this 16th day of September, 2008, upon consideration of defendant's *pro se* motion for an extension of time to file a brief in reply to the government's opposition to defendant's motion for return of property (Doc. 182), and it appearing that defendant's counsel has previously requested an extension of time to file a reply brief (Doc. 180), which the court granted (Doc. 181),[1] it is hereby ORDERED that defendant's *pro se* motion (Doc. 182) is DENIED as moot.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] It appears that the defendant in this matter is represented by counsel, but filed the instant motion without assistance therefrom. Defendant is advised that future motions should be filed with the assistance of counsel rather than *pro se*. See United States v. D'Amario, 268 F. App'x 179, 180 (3d Cir. 2008) ("The Constitution does not confer a right to proceed simultaneously by counsel and *pro se* . . . ."); see also United States v. Vampire Nation, 451 F.3d 189, 206 n.17 (3d Cir. 2006).