## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:06-CR-0219 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| RYAN JAMES CRAIG | : | |

## <u>ORDER</u>

AND NOW, this 4th day of November, 2008, upon consideration of defendant's *pro se* response (Doc. 193) expressing his desire to proceed in the above-captioned matter with the aid of court-appointed counsel, and it appearing that defendant's current counsel, Dennis E. Boyle ("Attorney Boyle"), has petitioned to withdraw as counsel (<u>see</u> Doc. 190), and that defendant has requested that the court withdraw Attorney Boyle as counsel (<u>see</u> Doc. 185), and it further appearing that irreconcilable conflicts have arisen between defendant and Attorney Boyle, <u>see</u> 18 U.S.C. § 3006a(c) ("[T]he court may, in the interests of justice, substitute one appointed counsel for another at any stage of the proceedings."); <u>United States v. Welty</u>, 674 F.2d 185, 188 (3d Cir. 1982) (identifying "irreconcilable conflict" as cause for appointing substitute counsel); <u>see also</u> Pa. Rules Prof'l Conduct R. 1.7, 1.16; United States District Court for the Middle District of Pennsylvania, Criminal Justice Act Plan at 8 (2005), it is hereby ORDERED that:

1. Defendant's motion (Doc. 185) to withdraw Attorney Boyle as counsel is GRANTED.

2. The motion of defendant's counsel to withdraw (Doc. 190) is DENIED as moot.

3.      The appointment of Dennis E. Boyle, Esquire, as counsel for
        defendant in the above-captioned case is terminated.

4.      Gerald A. Lord, Esquire, of Miller, Poole & Lord LLP, 137 East
        Philadelphia Street, York, PA 17401, telephone number (717)
        801-0162, is appointed to represent defendant in the above-
        captioned case.

5.      The Clerk of Court is directed to forward all necessary materials
        to Gerald A. Lord, Esquire, as soon as possible.

6.      Dennis E. Boyle, Esquire, is directed to provide to Gerald A.
        Lord, Esquire, the file in the above-captioned case as soon as
        possible.


        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge