# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:06-CR-219** |
| : | |
| **v.** : | **(Chief Judge Conner)** |
| : | |
| **RYAN JAMES CRAIG,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 22nd day of June, 2017, upon consideration of the motion (Doc. 246) filed *pro se* by defendant Ryan James Craig ("Craig"), wherein Craig asks the court to enter an order affirming that upon his sentencing on Counts 8, 9, and 17 of the superseding indictment (Doc. 48), the original indictment (Doc. 1) *sub judice* was rendered a legal nullity, and further upon consideration of court's order (Doc. 132) dated December 18, 2007, wherein the court granted the government's motion (Doc. 128) to dismiss the original indictment, it is hereby ORDERED that:

1. Craig's motion (Doc. 246) for clarification of proceedings is DENIED as moot.

2. The Clerk of Court is directed to mail to Craig a copy of the government's motion (Doc. 128) to dismiss the indictment and the court's order (Doc. 132) granting same, together with a copy of this order.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania