# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:06-CR-219 |
| v. | : (Chief Judge Conner) |
| **RYAN JAMES CRAIG,** | : |
| Defendant | : |

## ORDER

AND NOW, this 22nd day of January, 2018, upon consideration of the motion (Doc. 248) for recommendation for residential reentry center placement filed *pro se* by defendant Ryan James Craig ("Craig"), requesting that the court recommend to the Federal Bureau of Prisons that he be placed in a residential reentry center for the maximum authorized statutory period of twelve (12) months, (see id.), and following review of the record *sub judice* and the parties' submissions in support of and opposition to Craig's instant motion, (see Docs. 248, 252, 252-1, 253), and the court electing to stand on its observations balancing this defendant's likelihood of recidivism with his rehabilitative potential as stated on the record at sentencing, (see Sent. Tr. 112:14-114:11); see also 18 U.S.C. § 3621(b)(4), it is hereby ORDERED that Craig's motion (Doc. 248) requesting a specific recommendation to the Bureau of Prisons is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania